# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CENTERLINE LOGISTICS
CORPORATION & HARLEY MARINE
FINANCING LLC

NO.   2023 CW 0563

VERSUS

GENERAL ELECTRIC COMPANY, GE
TRANSPORTATION, A WABTEC
COMPANY & WABTEC
TRANSPORTATION SYSTEMS, LLC

**SEPTEMBER 11, 2023**

---

In Re:   General Electric Company, GE Transportion, A Wabtec
Company, and Wabtec Transportation Systems, applying
for supervisory writs, 16th Judicial District Court,
Parish of St. Mary, No. 137046.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

*a.s.⋅⎵*

---
DEPUTY CLERK OF COURT
FOR THE COURT